# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
United States currency contained in the ATM ) Case No. 5:14-MJ-1384
machine located at C Mini Mart 131, 902-A US Hwy )
64 West, Apex, NC )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Eastern_____ District of _____North Carolina_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All United States currency contained in the ATM machine located at C Mini Mart 131, 902-A US Hwy 64 West, Apex, NC

### See Attachment A, incorporated herein.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____05/19/2014_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
__any Eastern District of North Carolina U.S. Magistrate Judge__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   05/05/2014  12:57 p.m.    _____
Judge's signature

City and state:   Raleigh, North Carolina    James E. Gates, United States Magistrate Judge
*Printed name and title*

### Return

| Case No.: 5:14-MJ-1384 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

Clay A. Joyner, FBI TFO, NCALE Special Agent
*Printed name and title*

ATTACHMENT A

Notwithstanding any other provision of this warrant, the amount of currency that may be seized pursuant to it shall not exceed an amount that would bring to greater than $20,598,018 the total sum seized pursuant to the warrants in the following matters in this court:

      Nos.    2:14-MJ-1043 through 2:14-MJ-1053
      Nos.    4:14-MJ-1029 through 4:14-MJ-1051
      Nos.    5:14-MJ-1347 through 5:14-MJ-1428
      Nos.    5:14-MJ-1430 through 5:14-MJ-1552
      Nos.    5:14-MJ-1554 through 5:14-MJ-1581
      Nos.    5:14-MJ-1759 through 5:14-MJ-1762
      Nos.    7:14-MJ-1053 through 5:14-MJ-1055

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]